UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABIAN GAS AND OIL DEVELOPMENT COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>WISDOM MARINE LINES, S.A., A PANAMA CORPORATION, et al.,<br><br>                Defendants. | Case No.  4:16-cv-03872-DMR<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **October 5, 2016 at 1:30 p.m.** (same Initial Case Management Conference date set in Related Case 4:16-cv-03801-DMR Arabian Gas and Oil Development Company v. Wisdom Marines Lines, S.A., et al), in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than September 28, 2016**.**

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
Donna M. Ryu
United States Magistrate Judge